UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO AMIN MALDONADO,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>CALIFORNIA CORRECTIONAL FACILITY,<br><br>　　　　Respondent. | NO. CV 10-580-SVW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the First Amended Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation ("R&R") filed on December 2, 2010, and the records and files. Based upon the Court's *de novo* review, the Court agrees with the recommendation of the Magistrate Judge.

　　　　Petitioner objects to the issuance of the R&R. (Objections at 1.) Petitioner states that he did not consent to a magistrate judge and that he "requested in writing my wish to have a District Judge instead and my wish was ignored all along." (*Id.*) Petitioner does not identify any document he filed requesting that his petition be initially evaluated by a district judge; nor has the Court found any such filing. In any event, it is immaterial. 28 U.S.C. § 636(b)(1)(B) permits the

1  designation of a magistrate judge "to submit to a judge of the court proposed
2  findings of facts and recommendation for the disposition . . . of applications for
3  posttrial relief made by individual convicted of criminal offenses."  The phrase
4  "applications for posttrial relief" has been interpreted to include "applications for
5  habeas corpus relief pursuant to 28 U.S.C. §[] 2254."  *McCarthy v. Bronson*, 500
6  U.S. 136, 140, 111 S. Ct. 1737, 114 L. Ed. 2d 194 (1991).  After filing his initial
7  petition, Petitioner was advised that a magistrate judge would "prepare a report
8  and recommendation" (Dkt. No. 2), which is precisely what she did.  The
9  objection is meritless.
10         Petitioner's objections are overrruled.  IT IS ORDERED that Judgment be
11  entered denying the First Amended Petition and dismissing this action without
12  prejudice.

14  DATED: April 13, 2011
                                              _____
15                                                  STEPHEN V. WILSON
                                              United States District Judge