# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUNO AMIN MALDONADO,<br><br>    Petitioner,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL FACILITY,<br><br>    Respondent(s). | No. CV 10-580-SVW (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: April 13, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE